AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Michelson, Laurie J. | United States District Court, Eastern District of Michigan | 08/08/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 <br> to <br> 12/31/2012 |

**7. Chambers or Office Address**

231 West Lafayette Blvd.
Room 648
Detroit, MI 48226

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian for the Beneficiary (while a minor) | ▓▓▓▓ Irrevocable Trust |
| 2. | Advisory Board Member | Eton Academy |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2011 | Butzel Long stock redemption with former law firm. $24,918 payable over three years. |
| 2. | 2011 | Butzel Long Pension Trust. Distributions of $1,431 per month commencing at the age of 65. |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Michelson, Laurie J. | 08/08/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Michelson, Laurie J. | 08/08/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Michelson, Laurie J. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (cash account) | A | Int./Div. | L | T | | | | | |
| 2. Bank of America -- IRA (cash) | A | Interest | J | T | | | | | |
| 3. Oppenheimer Main Street Fund | A | Int./Div. | K | T | | | | | |
| 4. Brokerage Account #1 (J.P. Morgan Securities LLC) | | | | | | | | | |
| 5. - Blackrock Tempfund Private Client Shares | A | Dividend | J | T | | | | | |
| 6. - Diebold Inc | A | Dividend | J | T | | | | | |
| 7. - Yahoo Inc | A | Dividend | J | T | | | | | |
| 8. Brokerage Account #2 (Merrill Lynch Wealth Mgmt Brokerage) | | | | | | | | | |
| 9. - FIA Card Services NA RASP | A | Dividend | K | T | | | | | |
| 10. - Boeing Company Stock | A | Dividend | J | T | | | | | |
| 11. - Coca Cola Stock | A | Dividend | J | T | | | | | |
| 12. - DJIA MITTS ISSUER BAC PART 137% | A | Dividend | L | T | | | | | |
| 13. - Exxon Mobile Corp Stock | A | Dividend | K | T | | | | | |
| 14. - Range Accrual Issuer BAC | A | Dividend | K | T | Buy | 01/26/12 | K | | |
| 15. - Hewlett Packard Co Stock | A | Dividend | | | Sold | 09/18/12 | J | | |
| 16. - Intel Corp Stock | A | Dividend | | | Sold | 03/12/12 | J | | |
| 17. - Kinder Morgan Energy Partners LP Stock | A | Dividend | | | Sold | 05/02/12 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Michelson, Laurie J. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - American Amcap Mutual Fund | A | Dividend | K | T | | | | | |
| 19. - American Euro Pacific Growth Mutual Fund | A | Dividend | | | Sold | 03/12/12 | K | | |
| 20. - American Small Cap World Mutual Fund | A | Dividend | | | Sold | 03/12/12 | K | | |
| 21. - American Fundamental Investors Mutual Fund | A | Dividend | L | T | | | | | |
| 22. - American Inc Fund of America Mutual Fund | B | Dividend | L | T | | | | | |
| 23. - American Washington Mutual Investors Fund | B | Dividend | L | T | | | | | |
| 24. - DWS Floating Rate Mutual Fund | D | Dividend | M | T | Sold (part) | 09/18/12 | K | A | |
| 25. - Blackstone GSO Strategic CR Fund | C | Dividend | K | T | Buy | 09/25/12 | K | | |
| 26. - First Trust Large Cap Value Mutual Fund | A | Dividend | K | T | | | | | |
| 27. - First Trust Large Cap Growth Mutual Fund | A | Dividend | K | T | | | | | |
| 28. - First Trust Multi Cap Mutual Fund | A | Dividend | | | Sold | 03/12/12 | K | A | |
| 29. - Salient Midstream MLP Fund | A | Dividend | J | T | Buy | 05/24/12 | J | | |
| 30. - First Trust Small Cap Core Mutual Fund | A | Dividend | | | Sold | 03/12/12 | K | B | |
| 31. - First Trust Energy Alphadex Mutual Fund | A | Dividend | | | Sold | 03/12/12 | K | | |
| 32. - First Trust Mid Cap Core Mutual Fund | A | Dividend | K | T | | | | | |
| 33. - Gold MITTS Issuer BAC | A | Dividend | K | T | | | | | |
| 34. IRA #1 (Merrill Lynch Wealth Management Account) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Michelson, Laurie J. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - FIA Card Services NA RASP | A | Dividend | J | T | | | | | |
| 36. - Blackrock Equity Dividend Mutual Fund | B | Dividend | K | T | | | | | |
| 37. - Goldman Sachs US Equity Mutual Fund | A | Dividend | K | T | | | | | |
| 38. - iShares S&P Global 100 Index Mutual Fund | B | Dividend | K | T | | | | | |
| 39. - iShares High Div Equity Fund | B | Dividend | L | T | | | | | |
| 40. - Pimco Global Multi Asset Fund | A | Dividend | L | T | | | | | |
| 41. - Powershares S&P 500 High Fund | A | Dividend | K | T | | | | | |
| 42. - Vanguard Dividend Appreciation Fund | B | Dividend | L | T | | | | | |
| 43. - Wisdomtree Emerging Market Equity Fund | A | Dividend | K | T | | | | | |
| 44. Simons-Michelson-Zieve Inc Stock | A | Dividend | L | T | | | | | |
| 45. The Northwestern Mutual Life Insurance Company (whole life) | C | Interest | L | T | | | | | |
| 46. Massachusetts Mutual Life Ins Company (group universal) | B | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Michelson, Laurie J. | 08/08/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I: The ⬛⬛⬛⬛⬛ Irrevocable Trust presently is an unfunded trust holding a life policy through USAA.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Laurie J. Michelson

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544